



Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 2613 | **DATE** | 2/4/2002 |
| **CASE TITLE** | Jerome E. Hellmann vs. Econovo Ltd. & Trade etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. We grant the motion to dismiss Econovo Ltd & Trade Trust Ltd. and Econovo Trade Trust Operations, Ltd. and deny the motion to dismiss Econovo Holdings, Ltd. Status hearing set for February 20, 2002 at 9:15am.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | | FEB - 5 2002 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | 15 | 32 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 02 FEB -4 PM 5:24 Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEROME E. HELLMANN, )
)
        Plaintiff, )
)
vs. ) No. 01 C 2613
)
ECONOVO LTD. & TRADE TRUST )
LTD., et al., )
)
        Defendants. )

DOCKETED
FEB - 5 2002

## MEMORANDUM OPINION AND ORDER

Plaintiff seeks recovery for breach of an employment contract. As discussed in an earlier Memorandum Opinion and Order, October 15, 2001, he was to be employed by Global Financial Trade Services (GFTS), but Global Fiduciary Trade Services Ltd. and Argonaut Private Equity Management, LLC, may also be contracting parties. Further, the agreement could be assigned to a separate management company for at least some purposes, and plaintiff names as a defendant Global Fiduciary Trade Services Operations Ltd. (GFTS Operations), by which plaintiff was, apparently, ultimately employed. But there are other defendants as well. They include Econovo Ltd. & Trade Trust Ltd., Econovo Trade Trust Operations, Ltd. and Econovo Holdings, Ltd. Those three move to dismiss or for summary judgment, claiming that the first two are not legal entities and that the third was not a party to the employment agreement.

We grant the motion to dismiss Econovo Ltd. & Trade Trust Ltd. and Econovo Trade Trust Operations, Ltd. and deny the motion to dismiss Econovo Holdings, Ltd. In his deposition, John Burns first denied that the first two ever existed, but later indicated that at least one of them did exist. He also, however, expressed some confusion about what

corporations were actually formed (the enterprises were all related to a startup operation), stated that legal counsel was responsible for deciding what was or was not formed, and indicated that Carole Bovard, as legal counsel, would know. And Carol Bovard has filed an affidavit stating those two never have been legal entities. We accept that, for now. If something should later turn up to cast doubt on that conclusion they can then be named again.

Econovo Holdings, Ltd. is, apparently, the successor by merger of Global Fiduciary Trade Services, Ltd. (GFTS, Ltd.) and may well have assumed its obligations. Accordingly, that motion to dismiss is denied.

JAMES B. MORAN
Senior Judge, U. S. District Court

Feb. 4, 2002.